# EXHIBIT M

**From:** MASERO, LORI A CIV USAF AFMC AFNWC/NMSR
**To:** TC Zuech; David Holdsworth; ZUECH, TJ CIV USAF AFMC AFNWC/NMSR
**Cc:** BOYKIN, GREGORY L CIV USAF AFMC 75 ABW/DEE; HUBER, THOMAS Q CIV USAF AFMC AFNWC/NMSR; ZORKO, ASHLEY E CIV USAF AFMC 75 FSS/FSCA; POLLARD, NATHAN S CIV USAF AFMC 75 FSS/FSCA; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR; STRICKLAND, LINDSAY J GS-09 USAF AFMC 75 MDG/SGXF
**Subject:** RE: Reasonable accommodation
**Date:** Tuesday, February 21, 2023 1:42:48 PM
**Attachments:** AccommodationRequestForm2022.pdf
Zuech reasonable accommodations - denial 2-21-2023.pdf

---

Good afternoon TJ,

I originally sent you Reasonable Accommodations information on 9 Jan 23. Your attorney received a request for medical documentation from Gregory Boykin on 26 Jan 23. I also sent you another request for medical documentation on 1 Feb 23. I also sent you a reminder of the timeline on 14 Feb 23 stating you have 20 days to provide requested medical documentation. Your request for an extension is denied.

At this time I am denying your request for Reasonable Accommodations due to inadequate medical documentation.

I have attached the Reasonable Accommodation request form that I sent to you on 9 Jan. If you feel you still need Reasonable Accommodations, once you have all the proper documentation ready, you can resubmit. Please pay attention to the timeline.

Please read the Reasonable Accommodation Request Form carefully and completely so you know how to proceed if you choose to do so.

The form needs to be sent to the Reasonable Accommodation Manager:

MCROBERTS, WYTEESHIA L CIV USAF AFMC 75 ABW/DEE wyteeshia.mcroberts@us.af.mil <mailto:wyteeshia.mcroberts@us.af.mil> <mailto:wyteeshia.mcroberts@us.af.mil> and/or Greg Boykin: gregory.boykin@us.af.mil <mailto:gregory.boykin@us.af.mil> <mailto:gregory.boykin@us.af.mil>

Please let me know if you have any questions.

V/r,

Lori Masero

RSRV Supervisor
AFNWC/NMSR
6014 Dogwood Ave, Bldg 1258

Hill AFB, Ut 84056-5826
DSN 777-5462 (801)
Cell 801-628-1228

The content of this communication does not obligate the government to procure any item or service from any recipient. Any design or manufacturing undertaken, initiated, or continued in response to information conveyed herein is solely the financial responsibility of the recipient/contractor.

-----Original Message-----
From: TC Zuech <zuech17@hotmail.com>
Sent: Tuesday, February 21, 2023 6:29 AM
To: STRICKLAND, LINDSAY J GS-09 USAF AFMC 75 MDG/SGXF <lindsay.j.strickland.civ@health.mil>; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>; David Holdsworth <David_Holdsworth@hotmail.com>
Subject: [Non-DoD Source] Re: Reasonable accommodation

Lori,

This here is my RA request form. I will get the medical documentation into Lindsay by the end of the week.

TJ

________________________________

From: TC Zuech <zuech17@hotmail.com>
Sent: Monday, February 20, 2023 8:56 PM
To: lindsay.j.strickland.civ@health.mil <lindsay.j.strickland.civ@health.mil>; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>; David Holdsworth <David_Holdsworth@hotmail.com>
Subject: Fw: Reasonable accommodation

Lindsay and Lori,

It has been extremely hard for me to get an appointment with my doctor to get my medical records. I am still waiting for an email with the requested documentation. Once I receive the documents I can submit them to you. I'm requesting an extension until the end of the week (2/24/23) to get this information over to you. Can you accommodate my request?

Thanks,
TJ

________________________________

From: MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>
Sent: Tuesday, February 14, 2023 2:26 PM
To: Carlee Zuech <zuech17@hotmail.com>; ZUECH, TJ CIV USAF AFMC AFNWC/NMSR <tj.zuech@us.af.mil>; David Holdsworth <david_holdsworth@hotmail.com>
Cc: ZORKO, ASHLEY E CIV USAF AFMC 75 FSS/FSCA <ashley.zorko@us.af.mil>; POLLARD, NATHAN S CIV USAF AFMC 75 FSS/FSCA <nathan.pollard.1@us.af.mil>; HUBER, THOMAS Q CIV USAF AFMC AFNWC/NMSR <thomas.huber.4@us.af.mil>; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>
Subject: RE: Leave 2/14/23

TJ,

I have a correction on the email address to send your medical documentation too. Lindsay Strickland has a new email - lindsay.j.strickland.civ@health.mil <mailto:lindsay.j.strickland.civ@health.mil> .

Also, I want to make sure you understand the timeline for your reasonable accommodations. The requested Medical documentation, sent to your Lawyer on 26 Jan 23 and again to both you and your lawyer on 1 Feb 23 states, you have 20 days to send it in.

5. Failure to provide the information requested within 20 calendar days may result in denial of the request.

Since the first notice would have it due tomorrow, We will go off the second notice which makes it due 21 Feb 23. Please make sure you keep this in mind and get the documentation in on time.

Let me know if you have any questions.

v/r,

Lori

From: MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>
Sent: Tuesday, February 14, 2023 7:13 AM
To: Carlee Zuech <zuech17@hotmail.com>; ZUECH, TJ CIV USAF AFMC AFNWC/NMSR <tj.zuech@us.af.mil>
Cc: ZORKO, ASHLEY E CIV USAF AFMC 75 FSS/FSCA <ashley.zorko@us.af.mil>; POLLARD, NATHAN S CIV USAF AFMC 75 FSS/FSCA <nathan.pollard.1@us.af.mil>; HUBER, THOMAS Q CIV USAF AFMC AFNWC/NMSR <thomas.huber.4@us.af.mil>; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>
Subject: RE: Leave 2/14/23

**Please switch to HTML**

TJ,

This leave is denied due to workload requirements, to include getting overdue training done. You will be charged AWOL until which time you return to work.

**As noted before, non-pay status will affect your benefits. The link below will provide you with information concerning this.

https://www.opm.gov/policy-data-oversight/pay-leave/leave-administration/fact-sheets/effect-of-extended-leave-without-pay-lwop-or-other-nonpay-status-on-federal-benefits-and-programs/

Please let me know what I can do to help get this resolved.

v/r,

Lori

-----Original Message-----
From: Carlee Zuech <zuech17@hotmail.com>
Sent: Tuesday, February 14, 2023 6:51 AM
To: MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>; David Holdsworth <David_Holdsworth@hotmail.com>
Subject: [Non-DoD Source] Leave 2/14/23

Lori,

Per unscheduled leave procedures I need time off today to work on my mental health. Use 9 hours of LA in lieu of LS. I am gathering information from my doctors and won't have it until next week for my reasonable accommodation.

TJ

## REASONABLE ACCOMMODATION REQUEST FORM

Hill Air Force Base has instituted a procedure for handling requests for accommodation from applicants and current employees with disabilities. Federal personnel regulations and The Plan for Employment of People with Disabilities in the Department of the Air Force require all activities to provide reasonable accommodation to all employees and potential employees who have disabilities. The following procedures should be followed for handling accommodation requests:

1. The employee obtains a Request for Accommodation Form and completes Section I, describing: the disability; the accommodation(s) being requested; and how the accommodation(s) will assist the individual in performing the essential functions of the job. Medical documentation may be necessary to process the request. Medical documentation should be sent directly to Occupational Medicine Services. The request form must be submitted to the Reasonable Accommodation Manager for review/coordination prior to submitting to the management/deciding official.

2. Upon receipt of the request from the applicant or employee, the Reasonable Accommodation Manager will review all documents for completeness and the appropriate action necessary. The Reasonable Accommodation Manager will forward the request to the appropriate management/deciding official for a decision.

3. The management/deciding official reviews the request and determines if there will be any significant adverse impact in the following areas:

a. Operations – If providing the requested accommodation(s) would be unduly disruptive to the organization's ability to conduct business, then the management/deciding official may indicate that the accommodation(s) could impose an undue hardship. For example, flexible scheduling may not be possible without adversely affecting the operation of other employees, processes, or organizations. Also, the employee must be able to perform all of the essential functions of the position, with or without accommodation(s).

b. Staffing – If the accommodation(s) requested will create a heavier workload for other employees, the supervisor may indicate on the form that this may pose an undue hardship.

c. Budget – When determining whether the cost of the accommodation(s) may be an undue hardship, the focus should be on the financial resources available to the organization. If the management/deciding official believes that the cost of providing the accommodation would be an undue hardship,

he/she can indicate this on the request form. However, the cost of the accommodation is rarely an undue hardship.

d. Alternative Accommodation – If the requested accommodation(s) could not be granted because of significant adverse impact on the organization, the supervisor will indicate the reason(s) the requested accommodation(s) could not be granted but an alternative accommodation(s) that could be explored.

In order to provide timely processing of the request, the supervisor will complete the review within 30 calendar days of receipt and return it to the Reasonable Accommodation Manager.

**If additional time is required to provide a decision because of extenuating circumstances, management/deciding official must submit a justification requesting additional time in writing. The reasons for the delay and an approximate date when a decision is expected must be provided in the justification. Temporary measures to assist the requester should be considered as an interim step until a decision on the requested accommodation can be made.

4. If the management/deciding official believes the accommodation(s) request is reasonable based on the established criteria, he/she will provide the approval, in writing, to the Reasonable Accommodation Manager. The decision must include specific, detailed information regarding the implementation/acquisition of the requested accommodation and when the approved accommodation(s) requested will be provided.

5. If the requested accommodation(s) cannot be granted as specifically requested, the management/deciding official must explore if an alternative accommodation could be provided. The management/deciding official must explain the reason(s) why the requested accommodation(s) cannot be granted and how the alternative accommodation(s) suggested would be effective. The supervisor and employee should engage in an interactive dialogue to determine if an alternate accommodation could be provided.

6. If an alternative accommodations does not exist, the management/deciding official may deny the request for accommodation(s). If the requested accommodation(s) is denied, a detailed justification must be submitted to include specific information on why the requested accommodation(s) cannot be granted and the reason(s) why an alternative accommodation(s) could not be considered. The justification and supporting documentation must be sent to the Reasonable Accommodation Manager to be coordinated with the appropriate office(s). The Reasonable Accommodation Manager will notify management/deciding official if further information/consideration is necessary.

7. The Reasonable Accommodation Manager will consult with the management/deciding official regarding the decision of the requested accommodation(s). The Reasonable Accommodation Manager may make recommendations regarding the effectiveness of the requested accommodation(s) and the employee's ability to perform job duties and whether or not an undue hardship would be created for the organization.

8. In the event that the Request for Reasonable Accommodation has been denied, the requestor may use the Alternative Dispute Resolution (ADR) or file a grievance through the negotiated or administrative grievance procedure. If the individual believes it was an act of discrimination based on color, race, national origin, sex, religion, age or disability, they has the right to contact the Equal Opportunity Office within 45 calendar days from the date of denial to receive their Equal Employment Opportunity (EEO) rights IAW 29 CFR 1614. For further guidance, contact the 75 ABW/EO, 777-4856. The individual may elect one, but not both of these remedies.

9. Unlawful discrimination against civilian employees includes failing or refusing to hire or promote, removing, or otherwise discriminating against any individual with respect to compensation, terms, conditions, or privileges of employment because of a person's race, color, sex, religion, national origin, age, genetic information, disability, or prior equal opportunity activity. Unlawful harassment includes creating an intimidating, hostile working environment for another person who is in a protected class. Examples disability based harassment may include segregation, exclusion, and restricting a qualifying individual's right to request a reasonable accommodation.

**REASONABLE ACCOMMODATION REQUEST FORM**

**Employee/Applicant Section**

**Employee's Name**

**Case File Number** (To be used by the Reasonable Accommodations Manager)

**Social Security Number**

**Job Title**

**PP-Series-Grade (*ex: NH-0201-03)***

**Organization/Shop**

**Phone number**

**DoD ID Number**

**1. TYPE OF ACCOMMODATION REQUESTED, IF KNOWN.** ***(Be as specific as possible, e.g., assistive technology, reader, interpreter, schedule change)***

**2. REASON FOR REQUEST (Please do not include specific medical information, medical documentation should be provided directly to Occupational Medicine Services, please send directly to Lindsay Strickland at lindsay.j.strickland.civ@health.mil or through DoD SAFE at https://safe.apps.mil/ and request the documentation be reviewed for a reasonable accommodations request.)**

**Employee/Applicant**

**Date**

**Privacy Act Statement**

The Rehabilitation Act of 1973, 29 U.S.C. section 791, and Executive Order 13164 authorize collection of this information. The primary use of this information is to consider, decide, and implement requests for reasonable accommodation. Additional disclosures of the information may be: To medical personnel to meet a bona fide medical emergency; to another Federal agency, a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency when the Government is a party to the judicial or administrative proceeding; to a congressional office from the record of an individual in response to an inquiry from the congressional office made at the request of the individual; and to an authorized appeal grievance examiner, formal complaints examiner, administrative judge, equal employment opportunity investigator, arbitrator or other duly authorized official engaged in investigation or settlement of a grievance, complaint or appeal filed by an employee.

## REASONABLE ACCOMMODATION REQUEST FORM

### Supervisor Section

______________________
**Supervisor's Name**

______________________
**Title, PP-Series-Grade**

______________________
**Organization**

______________________
**Phone Number**

______________________
**Case File Number** (To be used by the Reasonable Accommodations Manager)

**1. Accommodation(s) requested:**

**2. Accommodation(s):**

☐ **approved as specifically requested**
☐ **approved but different from original request***
☐ **denied**

***If the approved accommodation is different from that originally requested, identify the alternative accommodation(s) offered:**

**3. If the deciding official offered an accommodation that is different from the one originally requested, explain: (a) the reasons for the denial of the accommodation originally requested; and (b) why the alternative accommodation would be as effective:**

**4. If an alternative accommodation was offered, indicate whether it was:**

☐ **accepted**
☐ **rejected**

**5. Request denied because: (may check more than one box)**

☐ Requestor does not have a Rehabilitation Act disability

☐ Accommodation ineffective

☐ Accommodation would cause undue hardship

☐ Medical documentation inadequate

☐ Accommodation would require removal of essential function

☐ Accommodation would require lowering performance or production standard

☐ Other (Please identify) ______________________________

**6. Any Significant Adverse Impact or Undue Hardship of Requested Accommodation on:**

**a. Operations -**

**b. Staffing -**

**c. Budget -**

**7. Detailed reason(s) for denial (must be specific, e.g., *why* accommodation would be ineffective or cause undue hardship):**

______________________________ ______________________________
**Name of Deciding Official** **Signature of Deciding Official**

**Date accommodation denied/approved** ______________

## EMPLOYEE ACKNOWLEDGEMENT

I have received notice of the decision related to my request for accommodation. I understand that depending on the decision to either approve my request as specifically requested, consider an alternative accommodation, or my request for accommodation is denied, additional time may be needed for a final decision.

______________________ ______________________

**Employee/Applicant** **Date**

I accept the accommodation(s) identified on this document and understand that this will be the accommodations provided to me by Hill Air Force Base. I agree that they are reasonable accommodations of my disability.

______________________ ______________________

**Employee/Applicant** **Date**

**Privacy Act Statement**

The Rehabilitation Act of 1973, 29 U.S.C. section 791, and Executive Order 13164 authorize collection of this information. The primary use of this information is to consider, decide, and implement requests for reasonable accommodation. Additional disclosures of the information may be: To medical personnel to meet a bona fide medical emergency; to another Federal agency, a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency when the Government is a party to the judicial or administrative proceeding; to a congressional office from the record of an individual in response to an inquiry from the congressional office made at the request of the individual; and to an authorized appeal grievance examiner, formal complaints examiner, administrative judge, equal employment opportunity investigator, arbitrator or other duly authorized official engaged in investigation or settlement of a grievance, complaint or appeal filed by an employee.

**Reasonable Accommodation Resources**

Americans with Disability Act
https://www.ada.gov

Office of Personnel Management (OPM)
Disability Employment - Reasonable Accommodation
https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations

U.S. Equal Employment Opportunity Commission
1-800-669-4000 (Voice)
1-800-669-6820 (TT)
http://www.eeoc.gov

Job Accommodation Network (JAN)
1-800-526-7234 (Voice)
877-781-9403 (TTY)
https://askjan.org

DoD Computer/Electronics Accommodations Program (CAP)
(703)681-8813 (Voice/TT)
http://www.CAP.mil

Disability Program and Reasonable Accommodation Manager, Hill AFB
Gregory Boykin
(801)777-7834
gregory.boykin@us.af.mil

## REASONABLE ACCOMMODATION REQUEST FORM

**Employee/Applicant Section**

T J Zuech
**Employee's Name**

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
**Social Security Number**

Equipment Specialist
**Job Title**

1670 GS 11 Step 5
**PP-Series-Grade and PD**

AFNWC / NMSR
**Organization/Shop**

801-499-3176
**Phone number**

**Case File Number** (To be used by the Reasonable Accommodations Manager)

**1. TYPE OF ACCOMMODATION REQUESTED, IF KNOWN.** ***(Be as specific as possible, e.g., assistive technology, reader, interpreter, schedule change)*** I am needing to:

(1) make a Request for a reassignment away from my supervisor and current chain of command. I would be willing to work as an equipment Specialist (technical writing) out of AFNWC but in other areas/divisions of HAFB. I also have experience and skills in carpentry, welding and similar manual activities so I would be willing to explore working in a fabrication/weld shop on Base

I am also familiar with and experienced in doing what Engineering techs do and would be willing to explore working in that position in other areas on base.

(2) request a Continued leave of absence until treatment for my mental health is finished or condition stabilized enough to have a successful return to work opportunity.

**2. REASON FOR REQUEST**

The actions of my immediate supervisor and as ratified by her chain of command with respect to my requests for FMLA leave, parental leave, with respect to my informal requests for reasonable accommodations under the ADA/VRA, and with respect to my right to use my own sick and annual leave have caused me tremendous stress and anxiety, panic attacks, insomnia and other health and mental health conditions/impairments. I have been receiving mental health medical treatment and will continue to need it for several weeks, possibly months. I don't believe I can return to work under my current supervisor/chain of command. I am exploring all possible options. One is to remain employed with the AF at HAFB but in some other area/division/department. Thus, I am making this request for reasonable

[signature]
Employee/Applicant

1/12/2023
Date

accommodation consistent with the concept of reassignment as a reasonable accommodation. See Woodman v. Runyon, 132 F.3d 1330 (10th Cir. 1997) and Smith v. Midland Brake, 180 F.3d 1154 (10th Cir. 1999)

**Privacy Act Statement**

The Rehabilitation Act of 1973, 29 U.S.C. section 791, and Executive Order 13164 authorize collection of this information. The primary use of this information is to consider, decide, and implement requests for reasonable accommodation. Additional disclosures of the information may be To medical personnel to meet a bona fide medical emergency; to another Federal agency, a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency when the Government is a party to the judicial or administrative proceeding, to a congressional office from the record of an individual in response to an inquiry from the congressional office made at the request of the individual; and to an authorized appeal grievance examiner, formal complaints examiner, administrative judge, equal employment opportunity investigator, arbitrator or other duly authorized official engaged in investigation or settlement of a grievance, complaint or appeal filed by an employee.

# REASONABLE ACCOMMODATION REQUEST FORM

## Supervisor Section

Lori Masero
**Supervisor's Name**

NH 03
**Title, PP-Series-Grade**

AFNWC/NWMSR
**Organization**

777-5462
**Phone Number**

**Case File Number** (To be used by the Reasonable Accommodations Manager)

**1. Accommodation(s) requested:**

**2. Accommodation(s):**

[ ] **approved as specifically requested**

[ ] **approved but different from original request***

[X] **denied**

***If the approved accommodation is different from that originally requested, identify the alternative accommodation(s) offered:**

**3. If the deciding official offered an accommodation that is different from the one originally requested, explain: (a) the reasons for the denial of the accommodation originally requested; and (b) why the alternative accommodation would be as effective:**

**4. If an alternative accommodation was offered, indicate whether it was:**

[ ] **accepted**

[ ] **rejected**

**5. Request denied because: (may check more than one box)**

- [ ] Requestor does not have a Rehabilitation Act disability
- [ ] Accommodation ineffective
- [ ] Accommodation would cause undue hardship
- [X] Medical documentation inadequate
- [ ] Accommodation would require removal of essential function
- [ ] Accommodation would require lowering performance or production standard
- [ ] Other (Please identify) ______________________________

**6. Any Significant Adverse Impact or Undue Hardship of Requested Accommodation on:**

**a. Operations -**

**b. Staffing -**

**c. Budget -**

**7. Detailed reason(s) for denial (must be specific, e.g., *why* accommodation would be ineffective or cause undue hardship):**

Lori Masero
**Name of Deciding Official**

Lori Masero
**Signature of Deciding Official**

**Date accommodation denied/approved** Denied

## EMPLOYEE ACKNOWLEDGEMENT

I have received notice of the decision related to my request for accommodation. I understand that depending on the decision to either approve my request as specifically requested, consider an alternative accommodation, or my request for accommodation is denied, additional time may be needed for a final decision.

| | |
|---|---|
| **Employee/Applicant** | **Date** |

I accept the accommodation(s) identified on this document and understand that this will be the accommodations provided to me by Hill Air Force Base. I agree that they are reasonable accommodations of my disability.

| | |
|---|---|
| **Employee/Applicant** | **Date** |

**Privacy Act Statement**

The Rehabilitation Act of 1973, 29 U.S.C. section 791, and Executive Order 13164 authorize collection of this information. The primary use of this information is to consider, decide, and implement requests for reasonable accommodation. Additional disclosures of the information may be: To medical personnel to meet a bona fide medical emergency; to another Federal agency, a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency when the Government is a party to the judicial or administrative proceeding; to a congressional office from the record of an individual in response to an inquiry from the congressional office made at the request of the individual, and to an authorized appeal grievance examiner, formal complaints examiner, administrative judge, equal employment opportunity investigator, arbitrator or other duly authorized official engaged in investigation or settlement of a grievance, complaint or appeal filed by an employee.

## Reasonable Accommodation Resources

Americans with Disability Act
https://www.ada.gov

Office of Personnel Management (OPM)
Disability Employment - Reasonable Accommodation
https://www.opm.gov/policy-data-oversight/disability-employment/reasonable-accommodations

U.S. Equal Employment Opportunity Commission
1-800-669-4000 (Voice)
1-800-669-6820 (TT)
http://www.eeoc.gov

Job Accommodation Network (JAN)
1-800-526-7234 (Voice)
877-781-9403 (TTY)
https://askjan.org

DoD Computer/Electronics Accommodations Program (CAP)
(703)681-8813 (Voice/TT)
http://www.CAP.mil

Disability Program and Reasonable Accommodation Manager, Hill AFB
Andrea Rathbun
(801)586-1819
Andrea.Rathbun@us.af.mil

**From:** TC Zuech
**To:** STRICKLAND, LINDSAY J GS-09 USAF AFMC 75 MDG/SGXF; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR; David Holdsworth
**Subject:** [Non-DoD Source] Re: Reasonable accommodation
**Date:** Tuesday, February 21, 2023 6:30:17 AM
**Attachments:** RA 1-2.pdf

Lori,

This here is my RA request form. I will get the medical documentation into Lindsay by the end of the week.

TJ

---

**From:** TC Zuech <zuech17@hotmail.com>
**Sent:** Monday, February 20, 2023 8:56 PM
**To:** lindsay.j.strickland.civ@health.mil <lindsay.j.strickland.civ@health.mil>; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>; David Holdsworth <David_Holdsworth@hotmail.com>
**Subject:** Fw: Reasonable accommodation

Lindsay and Lori,

It has been extremely hard for me to get an appointment with my doctor to get my medical records. I am still waiting for an email with the requested documentation. Once I receive the documents I can submit them to you. I'm requesting an extension until the end of the week (2/24/23) to get this information over to you. Can you accommodate my request?

Thanks,
TJ

---

**From:** MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>
**Sent:** Tuesday, February 14, 2023 2:26 PM
**To:** Carlee Zuech <zuech17@hotmail.com>; ZUECH, TJ CIV USAF AFMC AFNWC/NMSR <tj.zuech@us.af.mil>; David Holdsworth <david_holdsworth@hotmail.com>
**Cc:** ZORKO, ASHLEY E CIV USAF AFMC 75 FSS/FSCA <ashley.zorko@us.af.mil>; POLLARD, NATHAN S CIV USAF AFMC 75 FSS/FSCA <nathan.pollard.1@us.af.mil>; HUBER, THOMAS Q CIV USAF AFMC AFNWC/NMSR <thomas.huber.4@us.af.mil>; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>
**Subject:** RE: Leave 2/14/23

TJ,

I have a correction on the email address to send your medical documentation too. Lindsay Strickland has a new email - lindsay.j.strickland.civ@health.mil.

Also, I want to make sure you understand the timeline for your reasonable accommodations. The requested Medical documentation, sent to your Lawyer on 26 Jan 23 and again to both you and your

lawyer on 1 Feb 23 states, you have 20 days to send it in.

*5. Failure to provide the information requested within 20 calendar days may result in denial of the request.*

Since the first notice would have it due tomorrow, We will go off the second notice which makes it due 21 Feb 23. Please make sure you keep this in mind and get the documentation in on time.

Let me know if you have any questions.

v/r,

Lori

---

**From:** MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>
**Sent:** Tuesday, February 14, 2023 7:13 AM
**To:** Carlee Zuech <zuech17@hotmail.com>; ZUECH, TJ CIV USAF AFMC AFNWC/NMSR <tj.zuech@us.af.mil>
**Cc:** ZORKO, ASHLEY E CIV USAF AFMC 75 FSS/FSCA <ashley.zorko@us.af.mil>; POLLARD, NATHAN S CIV USAF AFMC 75 FSS/FSCA <nathan.pollard.1@us.af.mil>; HUBER, THOMAS Q CIV USAF AFMC AFNWC/NMSR <thomas.huber.4@us.af.mil>; MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>
**Subject:** RE: Leave 2/14/23

**Please switch to HTML**

TJ,

This leave is denied due to workload requirements, to include getting overdue training done. You will be charged AWOL until which time you return to work.

**As noted before, non-pay status will affect your benefits. The link below will provide you with information concerning this.

https://www.opm.gov/policy-data-oversight/pay-leave/leave-administration/fact-sheets/effect-of-extended-leave-without-pay-lwop-or-other-nonpay-status-on-federal-benefits-and-programs/

Please let me know what I can do to help get this resolved.

v/r,

Lori

-----Original Message-----
From: Carlee Zuech <zuech17@hotmail.com>
Sent: Tuesday, February 14, 2023 6:51 AM
To: MASERO, LORI A CIV USAF AFMC AFNWC/NMSR <lori.masero@us.af.mil>; David Holdsworth <David_Holdsworth@hotmail.com>
Subject: [Non-DoD Source] Leave 2/14/23

Lori,

Per unscheduled leave procedures I need time off today to work on my mental health. Use 9 hours of LA in lieu of LS. I am gathering information from my doctors and won't have it until next week for my reasonable accommodation.

TJ

## REASONABLE ACCOMMODATION REQUEST FORM

**Employee/Applicant Section**

TJ Zuech
**Employee's Name**

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
**Social Security Number**

Equipment Specialist
**Job Title**

1670 GS-11 Step 5
**PP-Series-Grade (*ex: NH-0201-03*)**

AFNWC/NMSR
**Organization/Shop**

801-499-3176
**Phone number**

**Case File Number** (To be used by the Reasonable Accommodations Manager)

1401154074
**DoD ID Number**

**1. TYPE OF ACCOMMODATION REQUESTED, IF KNOWN. *(Be as specific as possible, e.g., assistive technology, reader, interpreter, schedule change)***

- Full time telework
- Request shift change (night shift)
- Reassignment of duty station
- Request for a continued leave of absence

**2. REASON FOR REQUEST (Please do not include specific medical information, medical documentation should be provided directly to Occupational Medicine Services, please send directly to Lindsay Strickland at lindsay.j.strickland.civ@health.mil or through DoD SAFE at https://safe.apps.mil/ and request the documentation be reviewed for a reasonable accommodations request.)**

TJ Zuech
**Employee/Applicant**

2/20/23
**Date**

The actions of my immediate supervisor and as ratified by her chain of command with respect to my requests for FMLA leave, parental leave, with respect to my informal requests for reasonable accommodations under the ADA/VRA, and with respect to my right to use my own sick and annual leave have caused major mental health conditions/impairments. (see medical documentation)

My request for telework (Full-time), shift change (switching to night shift), a reassignment, or/and leave of absence will allow for a change of environment that my mental heath desperately needs. I do not believe I can return to work under my current supervisor/chain of command. I am exploring all possible options, one is to remain employed with the A.F. at HAFB but in some other area/division/department. Thus, I am making this request for reasonable accommodation consistent with the concept of reassignment as a reasonable accommodation. See Woodman v. Runyon, 132 F.3d 1330 (10th Cir. 1997) and

Smith v. Midland Brake, 180 F. 3d 1154 (10th Cir. 1999)

**From:** TC Zuech
**To:** MASERO, LORI A CIV USAF AFMC AFNWC/NMSR; David Holdsworth
**Subject:** [Non-DoD Source] Leave
**Date:** Wednesday, February 22, 2023 6:51:48 AM
**Attachments:** Dr note 2-21-23.pdf

---

Lori,
Per unscheduled leave procedures I'm requesting today off to work on my mental health. Use 9LA in lieu of SL.
TJ

TANNER CLINIC

02/21/2023

T J Zuech
5167 S 4300 W
Hooper, UT 84315-9564

To Whom It May Concern:

Mr. Zuech is being treated for Generalized Anxiety Disorder, with Panic or Anxiety Attacks. This has been going on for the last several months, due to issues at his work site. He has increased anxiety due to issues there, with his supervisors, both first line and second line. Thinking about going into work or dealing with these individuals, increases his anxiety and causes panic attacks.

Patient has been advised not to work over the last several months, and this is still the recommendation from myself, and possibly his counselor, and that provider would need to provide information regarding their recommendation.

Please don't hesitate to contact our offices if we may be of additional assistance.

Sincerely,

Ronald G. Drescher PA
Westside Tanner Clinic