# EXHIBIT R

DEPARTMENT OF THE AIR FORCE
AIR FORCE NUCLEAR WEAPONS CENTER (AFMC)
HILL AIR FORCE BASE, UTAH

24 Mar 23

MEMORANDUM FOR AFNWC/NMSR
ATTENTION: TJ ZUECH

FROM: AFNWC/NMSR

SUBJECT: Notice of Decision to Suspend (10 Days)

1. You were informed by letter dated 9 Feb 23, and received by you on 14 Feb 23, of a proposal to suspend you for 7 calendar days for the offenses of: a. **Failure to Honor Valid Denial of Leave Request** and b. **Disregard of Directive**. You were further informed by letter dated 27 Feb 23, and received by you on 1 Mar 23, of an amended proposal to suspend you for 10 calendar days for the offenses of: a. **Failure to Honor Valid Denial of Leave Request** and c. **Lack of Candor**.

2. I have thoroughly and objectively considered the written replies of you and your representative, dated 16 Mar 23, as well as all of the charges and factors cited in the proposed action. The charges in the proposal letter are supported by the evidence and are therefore sustained. I have also thoroughly and objectively considered all the Factors in Penalty Selection in paragraph 32.2 of AFI 36-704, including your length of service, awards, performance, and other mitigating factors, and find the reasons stated in the proposal letter warrant your suspension to promote the efficiency of the service. Additionally, I find that if the charges or specifications were considered separately, each would warrant this suspension.

3. I have decided to suspend you for 10 calendar days. You will be suspended from duty and pay beginning **3 Apr 23** and ending **12 Apr 23**. You will return to pay status and duty status 13 Apr 23.

4. If you consider this action improper, you have the right to file a written grievance to the first level supervisor under the provisions of Section 6.08 of the MLA. Your grievance must be submitted on the Standard Grievance Form (AFMC Form 913) within 20 calendar days from receipt of this decision. You have the right to have a representative, whom you must designate in writing, to assist you in preparing your grievance. You will be granted up to one hour of official time, which must be scheduled and approved through your supervisor, if you are otherwise in an active-duty status, to prepare and present appeals and grievances under the provisions of Article 6 of the MLA. You have the right to review regulations and material relied upon to support this action. For this and other assistance regarding this action, you may contact the Civilian Personnel Section, 75 FSS/FSCA, at 801-777-7223.

5. The seriousness of this offense is called to your attention, and you are advised that further violation of regulations or rules could result in more serious disciplinary action, including removal.

X HUBER.THOMAS.QUINN.1266382363
Digitally signed by HUBER.THOMAS.QUINN.1266382363
Date: 2023.03.24 08:21:16 -06'00'

Thomas Q. Huber
RS/RV Sustainment Branch Chief

2 Attachments:
1. SF 8
2. Adverse Action Grievance and Appeal Rights

Sent via certified and regular mail. Date of receipt is either the date of certified mail delivery, or five calendar days from the date mailed, whichever is earlier.
USPS tracking number 7021 2720 0002 5370 6943

page 200 of 260 Confirmation Number: 1757884866 Submission date : 2023-07-10 09:55:05 Pleading Number : 2023026530

# NOTICE TO FEDERAL EMPLOYEE ABOUT UNEMPLOYMENT INSURANCE

This form has been given to you because (1) you have been separated from your job, or (2) you were placed in a nonpay status, or (3) your records have been transferred to a different payroll office.

*Unemployment insurance (UI) for Federal workers.* When unemployed, Federal workers may be entitled to UI benefits similar to those of workers in private industry. If you become unemployed or are in a nonpay status and want to FILE A CLAIM, go to the nearest LOCAL PUBLIC EMPLOYMENT SERVICE OFFICE of the STATE EMPLOYMENT SECURITY AGENCY to register for work and file your claim for UI. Your ELIGIBILITY for UI CANNOT be determined until AFTER you file a claim. DO NOT DELAY filing a UI claim; if you wait, your unemployment benefits may be reduced or you may not qualify for any benefits.

To help EXPEDITE your claim, take THIS FORM with you, your SOCIAL SECURITY ACCOUNT NUMBER CARD, the OFFICIAL NOTICE of your most recent SEPARATION or of your present NONPAY status (Standard Form 50 if available), EARNINGS and LEAVE statements, or similar documents that indicate you were employed by a Federal agency.

FEDERAL AGENCY will insert in the box:
1st line--Parent Federal Agency Name and 3 digit code number
2nd line--Major Component (if any)
3rd and 4th line--complete address to which all forms pertaining to a claim should be sent (ES-931, 931A, 934, 936, and notices of appeal, hearings, and determinations)

| | 3 Digit Identification FEDERAL AGENCY CODE NO. |
|---|---|
| Department of the Air Force<br>AFPC/DPIRPC<br>550 C Street West, Suite 57<br>Randolph AFB, TX 78150-4759 | 424 |

To be completed by the *Federal Agency*:

Contact Name/Office

Human Resource Tech Unemp. Comp

Telephone No. *(include area code)*

800-540-4047

KEEP THIS FORM and TAKE IT WITH YOU if you file a UCFE/UI claim for unemployed Federal workers provided by Federal law (U.S. CODE, Title 5, Chapter 85). For more information about UCFE/UI, read the REVERSE SIDE of this form.

NSN 7540-00-634-3964 8-109 STANDARD FORM 8 (Rev. 6/87)
Prescribed by Dept. of Labor
20 CFR 609

page 201 of 260 Confirmation Number: 1757884866 Submission date : 2023-07-10 09:55:05 Pleading Number : 2023026530

# UNEMPLOYMENT COMPENSATION FOR FEDERAL EMPLOYEES (UCFE) PROGRAM
## UNEMPLOYMENT INSURANCE (UI) FOR FEDERAL WORKERS

20 CFR 609
Prescribed by Dept. of Labor
STANDARD FORM 8 (Rev. 8/97)

## TAKE THIS FORM WITH YOU IF YOU GO TO FILE A CLAIM

GENERAL INFORMATION

1. WHO WILL PAY UNEMPLOYMENT BENEFITS?

If you are eligible, you will be paid by a State employment security agency under the provisions of its unemployment insurance (UI) law. The amount of your regular weekly benefits and the period for which benefits will be paid will generally be determined by the law of the State in which you had your last Official Duty Station. This Duty Station will be printed on your final "Notification of Personnel Action", SF-50. If you have received all the regular benefits for which you are eligible, you may, under certain circumstances, become eligible for additional weeks of extended benefits; check with a State local office official. If your last duty station was outside the United States, you will not be eligible until you return to the United States, including the District of Columbia, Puerto Rico, and Virgin Islands. Your benefit rights will then be determined under the law of your State of residence.

UCFE/UI for unemployed Federal workers is paid from U.S. Government funds. No deductions were taken from your pay to finance these benefits.

2. UNDER WHAT CONDITIONS WILL I BE ELIGIBLE?

All State UI laws require that:
a. You must be unemployed, able to work, and available for suitable work; (In some cases, you may be eligible if you are employed less than full time);
b. You must register for work and file a claim at a local public employment service/UI claim office;
c. You must continue to report to the office as directed; and
d. You must have had a certain amount of employment/wages within a base period of 1 year specified in the State law and have been separated through no fault of your own.

All State UI laws will deny you benefits for such reasons as:
a. Quitting your job voluntarily without good cause or being discharged for misconduct connected with work; or
b. Refusing an offer of a suitable job without good cause.

Some State UI laws deny or reduce UI benefits for certain types of payments you may receive (retirement, severance, and/or lump-sum amount for unused, accrued annual leave).

3. DO I HAVE THE RIGHT OF APPEAL?

Yes. If a determination is made denying you benefits, you have the right to appeal as provided in the applicable State law.

4. ARE THERE ANY PENALTIES?

Yes. If you willfully make a false (fraudulent) claim, you may be fined, imprisoned, or both. If you make a mistake in giving information when you file your claim, notify the local UI claims office as soon as you discover the mistake; prompt notification may avoid a penalty.

(The above statements are issued for general information; they do not have the effect of law, regulation, or ruling).

IF YOU BECOME REEMPLOYED and have been collecting UCFE/UI benefit payments, it is your RESPONSIBILITY to notify the local office, in writing, to discontinue paying benefits now that you are employed. Failure to do so may result in a *penalty such as a fine, imprisonment, or both.*

## ADVERSE ACTION GRIEVANCE AND APPEAL RIGHTS (BARGAINING)

1. **Negotiated Grievance Procedure (NGP)**. You have the right to file a grievance under the NGP, as provided in Section 6.08 of the Master Labor Agreement. Your grievance must be submitted to your first level supervisor on the standard grievance form (AFMC Form 913) within 20 calendar days from your receipt of the adverse action. You may also request the Merit Systems Protection Board (MSPB) to review the final decision on your grievance if you raised a discrimination claim during the NGP. Reference 5 CFR 1201.155 to determine if you have a right to request MSPB review.

2. **U.S. Equal Employment Opportunity Commission (EEOC)**. You have the right to file a complaint with the EEOC, consistent with the provisions of 5 USC 7121(d) and 29 CFR 1614.301 and 1614.302, found at www.eeoc.gov.

3. **U.S. Office of Special Counsel (OSC).** You may seek corrective action from the OSC, but if you do, your appeal will be limited to whether the agency took any covered personnel actions against you in retaliation for you making protected whistleblowing disclosures. You will also give up the right to otherwise challenge this action. More information is at www.osc.gov.