# EXHIBIT U

CONTROLLED UNCLASSIFIED INFORMATION

# DEPARTMENT OF THE AIR FORCE
## AIR FORCE NUCLEAR WEAPONS CENTER
## KIRTLAND AIR FORCE BASE NEW MEXICO

15 Mar 2023

MEMORANDUM FOR Mr. TJ Zuech, [redacted]

FROM: AFNWC/CV

SUBJECT: Notification to Individual of Suspended Access to Classified Information.

1. You are hereby notified that an incident report must be reported to DoD CAS IAW DoDM5200.02_AFMAN16-1405, *Air Force Personnel Security Program* and Security Executive Agent Directive 4 (SEAD 4) *National Security Adjudicative Guidelines*. This action is being taken because of a life-threatening comment expressed "last night I had a vivid dream about killing my supervisor", and comments on how your mental health deteriorates each day because of the "harassment" from your supervisor. Additionally, you have been counseled for unprofessional conduct, suspended, mis-used leave on several occasions, and refused to return to work, which brings into question SEAD 4, Guideline I: Psychological Conditions, and Guideline E: Personal Conduct. I have determined your current access to classified information:

_______ May continue until further notice.
_XX_ May NOT continue until further notice.

2. If you wish to provide a written rebuttal reply to this determination, a written response must be returned to me no later than 72 hours after receipt of this notification.

3. When all final actions in this case have been completed, I will evaluate the incident and make a security recommendation. The DoD CAF will make the final security determination concerning your security clearance eligibility.

4. My POC for this is Mr. David Meadors, 801-775-5772, david meadors.1@us.af mil.

NEMISH.KRISTEN.ANN.1078212701 Digitally signed by NEMISH.KRISTEN.ANN.1078212701 Date 2023.03.15 21 38 56 -06'00'

KRISTEN A. NEMISH, Colonel, USAF
Vice Commander

1st Ind, Zuech, TJ, [redacted]

TO: AFNWC/CV

Receipt acknowledged on ___________ . I do/do not intend to submit a written reply within 72 hours. Signing receipt of this notification is not an acknowledgement of culpability or concurrence.

TJ ZUECH, GS-11, DAF
Equipment Specialist, AFNWC/NMSR

cc:
AFNWC/IP

Controlled by: AFNWC/NMOS
CUI Category: Privacy
Limited Dissemination Control: FEDCON
POC: David Meadors DSN: 775-5772

NEVER DOUBTED, ALWAYS FEARED

CONTROLLED UNCLASSIFIED INFORMATION