# EXHIBIT V

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 75TH AIR BASE WING (AFMC)**
**HILL AIR FORCE BASE UTAH**

16 March 2023

MEMORANDUM FOR MR. TJ ZUECH

FROM: INSTALLATION COMMANDER
7891 Georgia Street
Hill AFB, UT 84056-5824

SUBJECT: Administrative Barment Order for Mr. TJ Zuech

References: (a) DODI 5200.08, 20 November 2015, *Security of DoD Installations and Resources and the DoD Physical Security Review Board (PSRB).*
(b) Title 18, United States Code, 7 January 2018, *Crimes and Criminal Procedure.*
(c) Hill Air Force Base Instruction 31-103, 14 September 2017, *Administrative Debarment Procedures.*

1. In accordance with, DODI 5200.08, section 3.2.2, the authority vested in me as the Installation Commander, I hereby order you to not enter or be found upon Hill Air Force Base (AFB), unless you are entitled to medical care at military facilities and enter the base for the sole purpose of obtaining such care. If you are entitled to such care and are in need of same, you must have a copy of this letter in your possession, travel directly from the base gate to the medical facility with an escort which will be provided to you by security forces, and depart the base immediately after medical treatment is complete. This order extends to the area of the base inside and outside the gates, including Little Mountain Test Facility and the Utah Test and Training Range. This order will remain in effect **Indefinitely** from the date of this letter, unless otherwise amended.

2. This action is based on a life-threatening comment about your supervisor, and a pattern of personal conduct issues. Because of your actions, I consider your continued presence on this installation to be detrimental to the mission which adversely affects the health, safety, or morale of the persons assigned here.

3. Violation of this barment order will subject you to arrest and criminal prosecution in federal court. Title 18, United States Code, Section 1382, states:

> "Whoever, within the jurisdiction of the United States, goes upon any military, naval, or Coast Guard reservation, post, fort, arsenal, yard, station, or installation, for any purpose prohibited by law or lawful regulation; or whoever reenters or is found within any such reservation, post, fort, arsenal, yard, station, or installation, after having been removed therefrom or ordered not to reenter by any officer or person in command or charge thereof, shall be fined under this title or imprisoned not more than six months, or both."

4. At any time during the term of this barment order, you may request authority to reenter the installation for a specific, limited purpose by submitting a written request to 75 SFS/S5R, 5830

"F" Avenue, Building 408, Hill AFB, UT 84056. Any such request to reenter must provide complete details and your justification to support the request.

HOLLAND.JEFFREY.G.1047362853 Digitally signed by HOLLAND.JEFFREY.G.1047362853 Date: 2023.03.17 08:07:59 -06'00'

JEFFREY G. HOLLAND, Colonel, USAF
Installation Commander

**CERTIFICATE OF SERVICE**

This is to certify that I, the undersigned, have received the forgoing order in writing and have read and fully understand the same. I understand that entry upon Hill Air Force Base, in violation of this order, may result in civilian prosecution pursuant to 18 U.S.C. §1382. I further understand that in the event of a conviction, the maximum penalty prescribed may be imposed.

Received and signed the _____ day of________, 20____.

______________________________________
Print Name

______________________________________
Signature

I, the undersigned, do hereby certify that a true and exact copy of this order was served to the person named above.

______________________________________
Print Name

______________________________________
Signature