# EXHIBIT Y

**DEPARTMENT OF THE AIR FORCE**
AIR FORCE NUCLEAR WEAPONS CENTER (AFMC)
HILL AIR FORCE BASE UTAH

3 May 23

MEMORANDUM FOR AFNWC/NMSR
ATTENTION: TJ ZUECH

FROM: AFNWC/NMS

SUBJECT: Decision to Indefinitely Suspend

1. You were informed by letter dated 28 Mar 23, and received by you on 3 Apr 23, of a proposal to indefinitely suspend you from duty and pay based upon your loss of access to classified information/unescorted entry into restricted areas, pending the final disposition of your security clearance by the Defense Counterintelligence and Security Agency Consolidated Adjudications Services (DCSACAS).

2. You provided a statement dated 20 Apr 23, in reply to the Notice of Proposed Indefinite Suspension. I have thoroughly and objectively considered all of the factors cited in the proposed action. I find the reasons stated in paragraph 2 of the Notice of Proposed Indefinite Suspension are fully supported and warrant your indefinite suspension. Therefore, this letter constitutes a final decision to suspend you indefinitely beginning 3 May 23, pending final disposition of the DCSACAS in determining your eligibility for access to classified information and any further administrative action which may result from that outcome.

3. Your appeal rights are explained in Attachment 1 to this letter. You have the right to review regulations and material relied upon to support this decision. For this and other assistance in regard to this action, you may contact the undersigned, or 75 FSS/FSCA at 801-777-7223.

TARBET.AIMEE.R.1158101510 Digitally signed by TARBET.AIMEE.R.1158101510 Date: 2023.05.03 10:48:37 -06'00'

AIMEE R. TARBET, NH-04, DAF
Chief, MMIII Sustainment Division

2 Attachments:
1. Adverse Action Grievance and Appeal Rights
2. Non-Pay Status Benefits Election

Sent via certified and regular mail. Date of receipt is either the date of certified mail delivery, or five calendar days from the date mailed, whichever is earlier.
USPS tracking number 7021 2720 0002 5370 6950

## ADVERSE ACTION APPEAL RIGHTS

1. **U.S. Merit Systems Protection Board (MSPB)**. If you consider this adverse action improper, you have the right to file an appeal to the MSPB. The appeal should be addressed to:

**U.S. Merit Systems Protection Board**
**Denver Field Office**
**165 South Union Blvd., Suite 318**
**Lakewood, CO 80228-2211**

a. Your appeal to the MSPB may be submitted through the e-Appeal process, or by personal delivery, fax, mail, or commercial delivery. Your appeal must be filed no later than 30 days after the effective date of the adverse action or receipt of it, whichever is later. If your appeal is not submitted within 30 days, it may be dismissed as untimely, unless good reason for the delay is shown. Specific details regarding timeliness are in 5 CFR 1201.22. If you decide to file an appeal with the MSPB, you should notify them that the agency contact for your appeal is: 75 ABW/JA, 6026 Cedar Ln., Bldg. 1278, Hill AFB, UT 84056-5812, e-mail: 75abw.ja.workflow@us.af.mil, tel.: 801-777-7455, fax: 801-777-7459.

b. Your appeal must set forth your reasons for appealing and include such proof and documents that support your case. If you do not e-file, you must submit a written original and one copy of your appeal and all attachments. Use of the MSPB Appeal Form 185 is optional. If you do not use this form, your documents must still comply with MSPB regulations. These may be found at http://www.mspb.gov, and the e-Appeal form is at http://www.mspb.gov/appeals/forms.htm. If you cannot access the website, you may request copies of the regulations and form from the agency contact, above.

c. You have the right to have an attorney or other representative, whom you must designate in writing, to assist you in preparing your appeal. You will be granted up to two hours of official time, which must be approved by your supervisor, if you are otherwise in a duty status, to prepare and present your appeal.

2. **U.S. Office of Special Counsel (OSC).** You may also seek corrective action from the OSC, but if you do, your appeal will be limited to whether the agency took any covered personnel actions against you in retaliation for you making protected whistleblowing disclosures. You will also give up the right to otherwise challenge this action. More information is at www.osc.gov.

3. **U.S. Equal Employment Opportunity Commission (EEOC)**. You have the right to file a complaint with the EEOC, consistent with the provisions of 5 USC 7121(d) and 29 CFR 1614.301 and 1614.302, found at www.eeoc.gov.

Attachment 1

# NONPAY STATUS BENEFITS ELECTION

**Name**____________________________________________________

**Date Leave Without Pay (LWOP) Began:**
(The 365-days of LWOP is not considered to be broken by any periods(s) in a pay status of less than four consecutive months. If you return to a pay status for less than four months and return to LWOP, you will not begin a new 365 days of LWOP.)

Have you been on LWOP in the past four months? ☐ Yes ☐ No

**Federal Employees Health Benefits (FEHB).** Each pay period you are enrolled in the FEHB program, you are responsible for payment of the employee share of the premium. When you enter on leave without pay (LWOP), also called nonpay status, or your pay is insufficient to cover the premium, you must make a decision to:

- Terminate your enrollment; **or**
- Continue the enrollment and pay the premiums on a current basis **or** incur a debt.

**Terminate the Enrollment.** A termination of enrollment is effective at the end of the last pay period in which premiums are withheld from pay. Health insurance coverage will continue at no cost to you for an additional 31 days during which you and your covered family members may convert to an individual contract with your insurance carrier. The termination of coverage is not considered a break in the continuous coverage necessary for continuing health insurance into retirement. When you return to pay and duty status, or at the end of the first pay period your pay becomes sufficient to cover your premium, you have 60 days to reenroll if you want health insurance coverage.

**Continue the Enrollment and Agree to Pay the Premiums.** If you elect to continue your FEHB coverage while in a leave without pay (nonpay) status, you must also decide the method by which you will pay the premiums.

There are two options:

- Send a check directly to your Defense Finance and Accounting Service (DFAS) payroll office on a current basis, or
- Incur a debt for the amount of the unpaid premiums.

If you decide to pay the premiums directly to DFAS on a current basis, the payments will be made with “after-tax” monies.

To pay on a current basis, mail your check to:

DFAS-Cleveland,
Attn: DFAS-GAG/CL
PO Box 99555
Cleveland OH 44199-8019

Make the check payable to “DFAS-CLDFN8522.” At the bottom of the check, be sure to write your social security number and “FEHB LWOP.”

If you elect to incur a debt, repayment of the debt will be deducted from your pay after you return to duty. If you are participating in premium conversion at the time the debt deduction is made, it will be treated as a pre-tax payment. You can change your premium conversion participation when you return to a pay status. It does not matter whether you participated in premium conversion at the time the debt was incurred. If you are participating when the debt repayment deductions are made from your pay, they will be afforded pre-tax treatment.

If you elect to incur a debt, or if you elect to pay directly but fail to pay the entire amount due, you will receive a notice stating the total amount due. The notice will be sent when you return to pay status, your pay becomes sufficient, or you separate from employment with the Federal government. By electing to continue coverage, you agree the amount due will be withheld from salary by deducting the regular premium and an additional premium per pay period until the debt is paid. If the amount due cannot be withheld in full from salary, it will be recovered from a lump sum payment of accrued leave, income tax refunds, amounts payable under the Civil Service Retirement System (CSRS) or Federal Employees Retirement System (FERS), or any other source normally available for the recovery of a debt due the United States government.

Upon completion of 365 days of continued health insurance coverage during LWOP, your coverage will terminate with a free 31-day extension of coverage and the opportunity to convert to an individual, nongroup contract.

**After reading and understanding the above, I elect to:** (check one)

☐ Continue the enrollment: (check one)

- ☐ Submit direct payments to DFAS on a current basis
- ☐ Incur a debt

☐ Terminate the enrollment

**THRIFT SAVINGS PLAN (TSP):** check if applicable):

☐ I currently have an outstanding TSP loan. I request that the Benefits and Entitlements Service Team (BEST) notify TSP of my nonpay status so my loan payments will be suspended. I understand that I must notify BEST immediately upon return to duty so they can notify TSP of same, in order to avoid a taxable distribution.

**Signature**____________________________________________________

Authority: 5 C.F.R. § 1600
Purpose: To process your benefit elections while on nonmilitary absent.
Routine Uses: Information may also be used pursuant to routine uses promulgated by OPM under 5 U.S.C. § 552a(b)(3).
Disclosure: Completion of this form is voluntary. However, if this information is not provided, we may be unable to process your request.