# EXHIBIT CC

DEPARTMENT OF THE AIR FORCE
AIR FORCE NUCLEAR WEAPONS CENTER (AFMC)
HILL AIR FORCE BASE, UTAH

31 May 23

MEMORANDUM FOR AFNWC/NMSR
ATTENTION: TJ ZUECH

FROM: AFNWC/NMS

SUBJECT: Notice of Decision to Remove

1. You were informed by letter dated 18 Apr 23, and received by you on 20 Apr 23, of a proposal to remove you from your position with the Department of the Air Force for the offenses of: a. **Conduct Unbecoming**, b. **Inability to Perform Duties**, and c. **Lack of Candor**.

2. I have thoroughly and objectively considered the written reply of your representative, provided on 9 May 23, as well as all of the charges and factors cited in the proposed action. The charges in the proposal letter are supported by the evidence and are therefore sustained. I have also thoroughly and objectively considered all the Factors in Penalty Selection in paragraph 32.2 of AFI 36-704, including your length of service, awards, performance, and other mitigating factors, and find the reasons stated in the proposal letter warrant your removal to promote the efficiency of the service. Additionally, I find that if the charges or specifications were considered separately, each would warrant this removal.

3. I have decided to remove you from your position with the Department of the Air Force effective on **31 May 23.**

4. Your grievance and appeal rights are explained in the attachment to this decision letter. You have the right to review regulations and material relied upon to support this action. For this and other assistance in regard to this action, you may contact the Civilian Personnel Section, 75 FSS/FSCA, at 801-777-7223.

X TARBET.AIMEE.R.1158101510 Digitally signed by TARBET.AIMEE.R.1158101510 Date: 2023.05.31 11:55:40 -06'00'

Aimee R. Tarbet
Chief, MMIII Sustainment Division

3 Attachments:
1. SF 8
2. Adverse Action Grievance and Appeal Rights
3. Benefits Summary for Separating Employees

Sent via certified and regular mail. Date of receipt is either the date of certified mail delivery, or five calendar days from the date mailed, whichever is earlier.
USPS tracking number 7021 2720 0002 5370 7360

page 132 of 260 Confirmation Number: 1757884866 Submission date : 2023-07-10 09:55:05 Pleading Number : 2023026530

# NOTICE TO FEDERAL EMPLOYEE ABOUT UNEMPLOYMENT INSURANCE

This form has been given to you because (1) you have been separated from your job, or (2) you were placed in a nonpay status, or (3) your records have been transferred to a different payroll office.

*Unemployment insurance (UI) for Federal workers.* When unemployed, Federal workers may be entitled to UI benefits similar to those of workers in private industry. If you become unemployed or are in a nonpay status and want to FILE A CLAIM, go to the nearest LOCAL PUBLIC EMPLOYMENT SERVICE OFFICE of the STATE EMPLOYMENT SECURITY AGENCY to register for work and file your claim for UI. Your ELIGIBILITY for UI CANNOT be determined until AFTER you file a claim. DO NOT DELAY filing a UI claim; if you wait, your unemployment benefits may be reduced or you may not qualify for any benefits.

To help EXPEDITE your claim, take THIS FORM with you, your SOCIAL SECURITY ACCOUNT NUMBER CARD, the OFFICIAL NOTICE of your most recent SEPARATION or of your present NONPAY status (Standard Form 50 if available), EARNINGS and LEAVE statements, or similar documents that indicate you were employed by a Federal agency.

FEDERAL AGENCY will insert in the box:
1st line--Parent Federal Agency Name and 3 digit code number
2nd line--Major Component (If any)
3rd and 4th line--complete address to which all forms pertaining to a claim should be sent (ES-931, 931A, 934, 936, and notices of appeal, hearings, and determinations)

| | 3 Digit Identification FEDERAL AGENCY CODE NO. |
|---|---|
| Department of the Air Force<br>AFPC/DPIRPC<br>550 C Street West, Suite 57<br>Randolph AFB, TX 78150-4759 | 424 |

To be completed by the *Federal Agency*.

Contact Name/Office

Human Resource Tech Unemp. Comp

Telephone No. *(include area code)*

800-540-4047

KEEP THIS FORM and TAKE IT WITH YOU if you file a UCFE/UI claim for unemployed Federal workers provided by Federal law (U.S. CODE, Title 5, Chapter 85). For more information about UCFE/UI, read the REVERSE SIDE of this form.

NSN 7540-00-634-3954

B-103

STANDARD FORM 8 (Rev. 6/87)
Prescribed by Dept. of Labor
20 CFR 609

page 133 of 260 Confirmation Number: 1757884866 Submission date : 2023-07-10 09:55:05 Pleading Number : 2023026530

# UNEMPLOYMENT COMPENSATION FOR FEDERAL EMPLOYEES (UCFE) PROGRAM
# UNEMPLOYMENT INSURANCE (UI) FOR FEDERAL WORKERS

## TAKE THIS FORM WITH YOU IF YOU GO TO FILE A CLAIM

20 CFR 609
Prescribed by Dept. of Labor
STANDARD FORM 8 (Rev. 6/87)

GENERAL INFORMATION:

1. WHO WILL PAY UNEMPLOYMENT BENEFITS?

If you are eligible, you will be paid by a State employment security agency under the provisions of its unemployment insurance (UI) law. The amount of your regular weekly benefits and the period for which benefits will be paid will generally be determined by the law of the State in which you had your last Official Duty Station. This Duty Station will be printed on your final "Notification of Personnel Action", SF-50. If you have received all the regular benefits for which you are eligible, you may, under certain circumstances, become eligible for additional weeks of extended benefits; check with a State local office official. If your last duty station was outside the United States, you will not be eligible until you return to the United States, including the District of Columbia, Puerto Rico, and Virgin Islands. Your benefit rights will then be determined under the law of your State of residence.

UCFE/UI for unemployed Federal workers is paid from U.S. Government funds. No deductions were taken from your pay to finance these benefits.

2. UNDER WHAT CONDITIONS WILL I BE ELIGIBLE?

All State UI laws require that:

a. You must be unemployed, able to work, and available for suitable work; (In some cases, you may be eligible if you are employed less than full time);
b. You must register for work and file a claim at a local public employment service/UI claim office;
c. You must continue to report to the office as directed; and
d. You must have had a certain amount of employment/wages within a base period of 1 year specified in the State law and have been separated through no fault of your own.

All State UI laws will deny you benefits for such reasons as:

a. Quitting your job voluntarily without good cause or being discharged for misconduct connected with work; or
b. Refusing an offer of a suitable job without good cause.

Some State UI laws deny or reduce UI benefits for certain types of payments you may receive (retirement, severance, and/or lump-sum amount for unused, accrued annual leave).

3. DO I HAVE THE RIGHT OF APPEAL?

Yes. If a determination is made denying you benefits, you have the right to appeal as provided in the applicable State law.

4. ARE THERE ANY PENALTIES?

Yes. If you willfully make a false (fraudulent) claim, you may be fined, imprisoned, or both. If you make a mistake in giving information when you file your claim, notify the local UI claims office as soon as you discover the mistake; prompt notification may avoid a penalty.

(The above statements are issued for general information; they do not have the effect of law, regulation, or ruling).

IF YOU BECOME REEMPLOYED and have been collecting UCFE/UI benefit payments, it is your RESPONSIBILITY to notify the local office, in writing, to discontinue paying benefits now that you are employed. Failure to do so may result in a *penalty such as a fine, imprisonment, or both.*

*U.S. GPO:1990-0-262-081/20017 STANDARD FORM 8 BACK (Rev. 6/87)

## ADVERSE ACTION GRIEVANCE AND APPEAL RIGHTS

**(For bargaining unit employees - Removal)**

1. If you consider this adverse action improper, you may file a grievance under the provisions of the Negotiated Grievance Procedures (NGP) contained in the Master Labor Agreement, or you may appeal the action to the U.S. Merit Systems Protection Board (MSPB). You may choose one procedure or the other but not both.

a. **Negotiated Grievance Procedure**. You have the right to file a grievance under the NGP, as provided in Section 6.08 of the Master Labor Agreement. Your grievance must be submitted to your first level supervisor on the Standard Grievance Form (AFMC Form 913) within 20 calendar days from receipt of the adverse action. You may also request the MSPB to review the final decision on your grievance if a discrimination claim was raised during the NGP. Reference 5 CFR 1201.155 to determine if you may have a right to request MSPB review.

b. **U.S. Merit Systems Protection Board**. You have the right to appeal your adverse action to the MSPB (vice the NGP). The appeal would be addressed to:

**U.S. Merit Systems Protection Board**
**Denver Field Office**
**165 South Union Blvd., Suite 318**
**Lakewood, CO 80228-2211**

(1) Your appeal to the MSPB may be submitted through the e-Appeal process, or by personal delivery, fax, mail, or commercial delivery. Your appeal must be filed no later than 30 days after the effective date of the adverse action or your receipt of it, whichever is later. If your appeal is not submitted within 30 days, it may be dismissed as untimely, unless good reason for the delay is shown. Specific details regarding timeliness are in 5 CFR 1201.22. If you decide to file an appeal with the MSPB, you should notify them that the agency contact for your appeal is: 75 ABW/JA, 6026 Cedar Ln., Bldg. 1278, Hill AFB, UT 84056-5812, e-mail: 75abw.ja.workflow@us.af.mil, phone: 801-777-7455, fax: 801-777-7459.

(2) Your appeal must set forth your reasons for appealing and include such proof and documents that support your case. If you do not e-file, you must submit a written original and one copy of your appeal and all attachments. Use of the MSPB Appeal Form 185 is optional. If you do not use this form, your documents must still comply with MSPB regulations. These may be found at http://www.mspb.gov, and the e-Appeal form is at http://www.mspb.gov/appeals/forms.htm. If you cannot access the website, you may request copies of the form and regulations from the agency contact, above.

c. You have the right to have a representative, whom you must designate in writing, to assist you in preparing your grievance or appeal. You will be granted up to two hours of official time, which must be approved by your supervisor, if you are otherwise in a duty status, to prepare and present your grievance or appeal.

2. **U.S. Office of Special Counsel (OSC).** You may also seek corrective action from the OSC, but if you do, your appeal will be limited to whether the agency took any covered personnel actions against you in retaliation for you making protected whistleblowing disclosures. You will also give up the right to otherwise challenge this action. More information is at www.osc.gov.

3. **U.S. Equal Employment Opportunity Commission (EEOC)**. You have the right to file a complaint with the EEOC, consistent with the provisions of 5 USC 7121(d) and 29 CFR 1614.301 and 1614.302, found at www.eeoc.gov.

*From the Benefits and Entitlements Service Team (BEST)*

## Benefits Summary for Separating Employees

For Limited Service Employees

This benefits summary applies to employees who receive Limited benefits services from the Benefits and Entitlements Service Team (BEST) and are separating from Federal service for any reason **other than** retirement, transfer to another Federal agency, receipt of workers compensation benefits, or to enter active military service.

### Federal Employees Health Benefits (FEHB)

**What happens to my health insurance when I separate?** Your FEHB coverage will terminate effective the last day of the pay period in which you separate. You then have a 31-day temporary extension of coverage during which the insurance continues at no cost to you, during which time you may apply to convert to a nongroup contract or apply for temporary continuation of coverage (TCC).

**How do I convert to a nongroup contract?** You must write to your health plan, within 31 days of the termination of your health insurance coverage, and request information on converting to a nongroup contract. The plan will provide you with an application for conversion, and information on benefits and costs. Additional information on the conversion process may be found in Part B on page 2 of Standard Form 2810 (Notice of Change in Health Benefits Enrollment). Your local Civilian Personnel Office will provide you with the SF 2810.

**Under a nongroup contract, will my level of coverage change?** The benefits offered by the nongroup contract will most likely be different in both the level of coverage and cost. It is important you closely review the benefits and cost data your health plan will provide.

**If I convert to a nongroup contract, may I later apply for Temporary Continuation of Coverage (TCC)?** No. By the time the conversion process is completed, the time limit for applying for TCC will have passed.

**What is Temporary Continuation of Coverage (TCC)?** TCC allows you to continue the same level of health benefits coverage enjoyed while employed. The TCC family enrollment covers the same family members as were covered under your plan while employed.

**How long does coverage under TCC last and what does it cost?** Enrollment under TCC is limited to a maximum of 18 months and you will pay both the employee and government shares of the premium, plus an additional 2% administrative fee.

Exception: Employees who are involuntarily separated due to reduction-in-force (RIF), resign after receipt of a RIF separation notice, volunteer for RIF, or voluntarily separate from a position that has been identified as surplus for RIF purposes, pay only the normal employee share of the FEHB premium for the 18 months of TCC coverage. The Government continues to pay its share (75%) plus the 2% administrative fee.

Exception: Employees who are involuntarily separated between 1 Sep 08 and 31 Dec 09 may be eligible for TCC premium assistance under the American Recovery and Reinvestment Act of 2009. See page 2 for information on these special provisions.

**Am I eligible for TCC regardless of the reason for separation from employment?** No. Individuals separated from Federal employment involuntarily due to gross misconduct are **not** entitled to TCC. Your local personnel office determines if conduct that leads to an involuntary separation is “gross” misconduct.

**Is there a time limit for applying for TCC?** Yes, you must apply for TCC within 60 days after separation from employment, or 65 days from the date you are notified of your eligibility to elect TCC, whichever is later. Notification includes, but is not limited to, your receipt of the SF 50 (Notification of Personnel Action) documenting your separation from employment.

**May I change health plans upon applying for TCC?** Yes, you may.

**How do I apply for TCC?** Air Force-serviced civilian employees who separate from employment will submit their application for TCC to the Benefits and Entitlements Service Team (BEST). To apply, complete and mail or fax **all** the following items to BEST. The address and fax number are on page 6 of this brochure.

- A "Request for Coverage under TCC," attached at the end of this document.
- One copy of Standard Form 2809 (Health Benefits Election Form) (available at www.opm.gov/forms/pdf_fill/sf2809.pdf), and
- Applicable supporting documentation

Upon receipt, we will review and forward your application to the National Finance Center (NFC) for processing. The NFC will mail you a package outlining the procedures for collecting premiums for the FEHB plan you have chosen.
Review RI 70-5, "Guide to Federal Benefits for Temporary Continuation of Coverage (TCC) and Former Spouse Enrollees," on the OPM website at
www.opm.gov/insure/health/planinfo/guides/index.asp, to assist in selecting a health plan. You may stay in your current health plan or select another.
**When is enrollment under TCC effective?** Enrollment under TCC is effective at the end of the 31-day temporary extension of coverage. Premiums also begin that date.
**Is there a way to continue health coverage when TCC expires after 18 months?** When TCC expires, you will be given another 31-day extension of coverage in the same enrollment category, at no cost. During this 31-day period, you may apply to convert to a nongroup contract.
**If I cancel my coverage under TCC, may I convert to a nongroup contract?** No.
Cancellation of TCC coverage prior to expiration at 18 months results in a loss of conversion privilege.
**Special Provisions of the American Recovery and Reinvestment Act of 2009:** The American Recovery and Reinvestment Act (ARRA) of 2009, enacted 17 Feb 09, provides a new health insurance opportunity for former employees who are eligible for TCC under the FEHB Program because they were or are involuntarily terminated between 1 Sep 08 and 31 Dec 09. Under this new law, former employees may request premium assistance for their TCC. Premium assistance means your former agency will make a Government contribution of 65% of the TCC premiums.
If you are eligible for and request TCC premium assistance, the assistance will be provided for up to 9 months, or until you become eligible for other group health coverage or Medicare, or until your TCC coverage ends, whichever comes first. Note that "group health coverage" in this instance does not include limited coverage such as that consisting of only dental, vision, counseling, or referral services; coverage under a health-care flexible spending arrangement; coverage of treatment that is furnished in an on-site medical facility maintained by the employer and that consists primarily of first-aid services, prevention and wellness care, or similar care; or a combination of any of the above. Also note that **eligibility** for other group health coverage will disqualify you from receiving premium assistance, regardless of whether or not you elect to enroll in the other group health coverage.
To be eligible for premium assistance, you must enroll in TCC under either the FEHB plan you were enrolled in when you were separated from Federal service or another FEHB plan with an equal or lesser premium. If you receive premium assistance, your premium will be 35 percent of your FEHB TCC premium for the period in which you are eligible and enrolled. You will be billed for your premium share. Please note that receipt of premium assistance does not lengthen the 18-month period for which you are eligible for TCC.
If you become eligible for any group health plan or other coverage described above that makes you ineligible for premium assistance, you must notify your FEHB Program health plan and the National Finance Center (1-800-242-9630). You no longer may receive premium assistance for any remaining TCC period or you may be subject to a penalty of 110 percent of the premium assistance you received.
You also should be aware that there may be tax consequences associated with receipt of premium assistance for certain high income individuals. The Internal Revenue Service website has information for former employees at: www.irs.gov/newsroom/article/0,,id=204505,00.html.
The Guide to Federal Benefits for Temporary Continuation of Coverage (TCC) and Former
Spouse Enrollees (RI 70-5), provides information regarding the health plans that are available. The Guide and individual health plans are located on the OPM website at
www.opm.gov/insure/health/planinfo/guides/index.asp. ARRA-TCC premiums for FEHB plans are also on the OPM website at www.opm.gov/insure/health. Scroll down to "ARRA-TCC premiums for FEHB plans" and click on the link.
If you are not eligible for other group health insurance coverage or Medicare and you wish to enroll in TCC and receive premium assistance, complete the attached Request for TCC Premium Assistance and a Standard Form 2809 (Health Benefits Election Form) (available at www.opm.gov/forms/pdf_fill/sf2809.pdf). Mail them to BEST at: HQ AFPC/DPIR, 550 C Street West Ste 57, Randolph AFB TX 78150-4759, or fax to BEST at DSN 665-2936, commercial
(210) 565-2936. You must submit your forms to BEST within 60 days of separation from Federal Service or within 60 days of receiving a letter from BEST advising you of the opportunity to request TCC premium assistance, whichever is later.

## Federal Employees Group Life Insurance (FEGLI)

**What happens to my life insurance when I separate?** Your life insurance automatically terminates effective with your separation from Federal employment. You then have a 31-day extension of coverage during which coverage will continue at no cost to you, and during which you may apply for conversion to an individual policy. Exception: If you separate from Federal service (Separation-US) to enter military duty, your coverage continues, at no cost, for up to 12 months **or** until 90 days after military service ends, whichever date comes first. If you are entering active duty for more than 30 days, you may continue your FEGLI coverage for an additional 12 months by agreeing to pay both the agency and employee share of the premiums. The free 31-day extension of coverage and right to convert apply when coverage terminates. For more details and an election form, see our brochure, "Information for Employees Entering Military Active Duty" (fax document 0110).

**How much of my life insurance coverage may I convert?** You may convert all or any part of your Basic and Optional insurance to an individual policy. However, if you assigned your insurance, only your assignee may apply for conversion. Also, you may not convert the family option if you no longer have any eligible family members.

**What will a policy purchased under the conversion privilege cost?** The purchase of a policy is a private business transaction between you and the insurance company. The cost is determined by the insurance company and is based on your age and class of risk.

**How do I apply to convert to an individual policy?** Your local Civilian Personnel Office will provide you with a SF 2819 (Notice of Conversion Privilege) **and** SF 2821 (Agency Certification of Insurance Status). The SF 2819 represents notice of your loss of group life insurance coverage and the right to convert. After reading Part B, complete Part C and forward it to the Office of Federal Employees' Group Life Insurance (OFEGLI) at **P. O. Box 2627, Jersey City NJ 073032627**. (Please note--this is a new address. Do not use the address on the SF 2819.) Be sure to attach the original (Part 1) SF 2821 to the SF 2819 when mailing to OFEGLI. However, if you have not received the SF 2821 from your Civilian Personnel Office when you are ready to mail the SF 2819, **do not delay - send it anyway while you await the SF 2821.**

**Is there a time limit on applying for conversion?** Yes. Your request for conversion must be postmarked within 31 days after the date of your separation or within 31 days of receipt of the SF 2819, whichever is later. If you do not receive the SF 2819 on time or you are unable to request conversion on time due to reasons beyond your control, you can request a belated conversion by writing to OFEGLI at the above address. The request for belated conversion must be mailed within six months after the date you first became eligible to convert and must show that you were not notified of the loss of coverage and the right to convert and were not otherwise aware of it, **or** you weren't able to convert because of reasons beyond your control. If six months or more have passed since the date you first became eligible to convert, OFEGLI cannot accept a request for conversion.

**Where may I find additional information?** The Office of Personnel Management (OPM) website is a good source of information. We recommend you review the FEGLI Handbook at www.opm.gov/insure/life/reference/handbook/index.asp and the FEGLI Frequently Asked Questions at www.opm.gov/insure/life/faq/faqs-6.asp.

## Thrift Savings Plan (TSP)

**What happens to my TSP account on separation from employment?** Upon separation, you have several options for handling your TSP account. (If you are CSRS and did not contribute to TSP, you will not have a TSP account.) You may leave your money in TSP (if your account balance is $200 or more); transfer all or part of your TSP balance into a Individual Retirement Account (IRA) or other eligible retirement plan; receive your TSP account balance in a lump sum payment; receive your TSP account balance in equal monthly installments; purchase a life annuity if you have at least $3,500 in your account; or, if you also have a uniformed services TSP account, you may transfer your civilian TSP account into the uniformed services account.

**How do I apply to transfer my civilian TSP account into my uniformed services TSP account?** Complete Form TSP-65 (Request to Combine Uniformed Services and Civilian TSP Accounts) and submit to the TSP Service Office. Form TSP-65 may be obtained on the TSP website at www.tsp.gov/forms/tsp-65.pdf or by calling the TSP ThriftLine. Callers in the 50 States (including the District of Columbia), Canada, Puerto Rico, Virgin Islands, American Samoa, and Guam may call toll-free 1-877-968-3778, TDD 1-877-847-4385. International callers who cannot use the toll-free number should call (404) 233-4400, TDD (504) 255-5113 (not toll-free).

**Is there a penalty for early withdrawal?** Yes. If you separate from employment before the year in which you reach age 55 and withdraw your account balance in a single payment or series of equal payments, you will be subject to a 10% penalty as well as income tax on all amounts you receive before age 59½. This is explained in more detail in the TSP tax notice "Important Tax Information About Payments From Your TSP Account," available on the TSP website at www.tsp.gov/forms/octax92-32.pdf.

**What if I have an outstanding TSP loan?** You may repay the loan in full, including interest. If you do not repay the loan within the required timeframe specified by TSP, a taxable distribution will be declared to the Internal Revenue Service (IRS) in the amount of the unpaid loan balance and any unpaid interest. The distribution will be subject to income tax and a 10% penalty as described above. In addition, a delay in repaying your loan may affect the processing of a request for withdrawal, should you submit one.

**How may I obtain information regarding the options available to me after I separate?** Your local Civilian Personnel Office will provide you with the withdrawal information or refer you to the TSP website at www.tsp.gov/forms/index.html. You will need the booklet "Withdrawing Your TSP Account After Leaving Federal Service" (TSPBK02), Form TSP-70 (Request for Full Withdrawal) or Form TSP-77 (Request for Partial Withdrawal When Separated), Form TSP-3 (Designation of Beneficiary), Form TSP-16 (Exception to Spousal Requirements), Form TSP-9 (Change in Address for Separated Participant); and the notice "Important Tax Information About Payments From Your TSP Account" (TSP-536).

## Retirement Contributions

You must consult your local or servicing Civilian Personnel Office to obtain information regarding retirement contribution refunds, to include why a refund may be disadvantageous, especially if you are covered under the Federal Employees Retirement System (FERS).

## Federal Employees Dental and Vision Insurance Program (FEDVIP)

If you are enrolled in a dental and/or vision plan under the FEDVIP program, your coverage ends on separation from employment. There is no provision for converting this coverage to a nongroup contract.

## Flexible Spending Account (FSA)

Enrollment in a Health Care FSA (HCFSA) terminates as of the date of separation from employment. There are no extensions. Any health care expenses incurred prior to the date of separation are still reimbursable.

If enrolled in a Dependent Care FSA, you can continue to use the remaining balance to pay for eligible dependent care expenses until the end of the Benefit Period or until the account balance is used up, whichever comes first.

Unused monies in the Health Care and Dependent Care FSA accounts at the end of the Benefit Period are forfeited.

If you've used your entire elected amount before it has been fully deducted from your salary, you will not be responsible for the remaining amounts.

Exception: If you separate from Federal service (Separation-US) because you have been called to active military duty for 180 days or more, or for an indefinite period of time, you may be eligible for a refund of your unused HCFSA or Limited Expense (LEX) HCFSA. The refund, also known as a Qualified Reservist Distribution (QRD) is taxable income in the year in which you receive it. For more information, go to www.fsafeds.com, click on "Summary of Benefits with FAQs," then select "The HEART Act – Qualified Reservist Distribution."

## Long Term Care (LTC) Insurance

LTC insurance is completely portable. If you are enrolled in the program on separation from employment, you will remain enrolled as long as you pay the premiums on a current basis. You should immediately call and notify LTC Partners that you are no longer employed so they can assist with setting up another option for payment of your premiums. Call toll-free 1-800-5823337, TTY 1-800-843-3557. Certified LTC consultants are available to assist you Monday – Friday, 8 a.m. to 6 p.m., Eastern Time. International callers can find call information on the web at www.ltcfeds.com/contact/phoneinfo.html.

## How to Contact a BEST Benefits Counselor

You may speak with a Benefits and Entitlements Service Team (BEST) benefits counselor, before separation from employment, by calling the number below. Counselors are available Monday – Friday, 7 a.m. – 6 p.m., Central Time.

**Within the United States:** Toll-free 1-800-525-0102 (press 2, then 2 again, and follow the prompts).

**Overseas:** First dial a toll-free AT&T direct access number for the country you are in, then 800-525-0102 (press 2, then 2 again, and follow the prompts). (AT&T direct access numbers are located at www.business.att.com/bt/dial_guide.jsp.)

**Hearing impaired** employees may reach a counselor by calling TDD toll-free 1-800-382-0893, or commercial 565-2276 if calling within San Antonio, Texas (area code 210). These numbers may be used both before and after employment ends.

**<u>After</u> separation from employment**, you may speak with a counselor by calling 1-800-5404047, or commercial 565-5027 if calling within San Antonio, Texas (area code 210).
**BEST Fax Number:** DSN 665-2936 or (210) 565-2936
**BEST Mailing Address**: HQ AFPC/DPIR
550 C Street West Suite 57
Randolph AFB TX 78150-4759

Attachments:
1. Request for Coverage under TCC
2. Request for TCC Premium Assistance

## REQUEST FOR COVERAGE UNDER TCC

**The enrollee must complete the section below that applies, taking care to print legibly. Mail this request with completed SF 2809 and any other required supporting documentation, to the Benefits and Entitlements Service Team (BEST) at HQ AFPC/DPIR, 550 C Street West Ste 57, Randolph AFB TX 78150-4759.**

**If this request is not submitted within the required time limit, please explain the reason for the delay in the space at the bottom of the page. If additional room is needed, a statement can be attached.**

**Privacy Act Statement: This document contains information that will be protected in accordance with AFI 33332 and DoD Regulation 5400.11; Privacy Act of 1974 as amended, and it is For Official Use Only (FOUO).**
**Failure to provide your social security number may result in your request for coverage not being processed.**

---

### Separated Employee/Former Employee

(P.L. 100-654 or P.L. 102-484)

Employee Name ____________________________________________________________

Employee SSN ______________________________ Date of Birth _________________________

Separation Date _____________________________

Did you receive a Reduction-in-Force (RIF) separation notice? Yes ______ No ______

Did you volunteer for voluntary separation from a surplus position identified in pre-RIF planning as no longer required and expected to be eliminated under formal RIF procedures? (Public Laws 102-484 and 104-106, and 5 U.S.C. 8905a(d)(4)) Yes _______ No _______

---

### Child or Former Spouse

(Public Law 100-654)

Employee's Name ____________________________________________________________

Employee's SSN ___________________________ Date of Birth _______________________

**If Child**, check here _____

Date the child turned age 22 ______________________________ **OR**

Date of the child's marriage _______________________________
(attach copy of marriage certificate)

**If Former Spouse** check here ______ (Attach copy of divorce decree or court order)

---

Attachment 1

American Recovery and Reinvestment Act of 2009

# Request for Temporary Continuation of Coverage (TCC) Premium Assistance

| Part A – Assistance Eligible Individual Information |
|---|
| Enrollee Name (last, first, middle initial) |
| Home mailing address (including ZIP Code)<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| Social Security Number |
| Telephone Number |

This is to request premium assistance under the American Recovery and Reinvestment Act of 2009. I am not eligible for Medicare or any group health coverage other than through the Federal Employees Health Benefits (FEHB) Program. I was involuntarily separated from Federal employment on (date)________________________, and the separation was not for gross misconduct. I understand that if I become eligible for other group health coverage or Medicare, I will be disqualified from continuing to receive premium assistance. I agree to notify my FEHB Program health plan and the National Finance Center (NFC) immediately if I become eligible for other group health coverage. If I do not make the required notification, I understand I am subject to a penalty of 110 percent of any premium assistance provided after termination of eligibility for premium assistance.

____________________________________ __________________________
*Signature* *Date*

**Mail or fax this completed document along with a completed SF 2809, Health Benefits Election Form, to: HQ AFPC/DPIR, 550 C Street West, Suite 57, Randolph AFB TX 78150-4759, or fax number (210) 565-2936.**

Privacy Act Statement: This document contains information that will be protected in accordance with AFI 33-332 and DoD Regulation 5400.11; Privacy Act of 1974 as amended, and it is For Official Use Only (FOUO). Failure to provide your social security number may result in your request for coverage not being processed.

Attachment 2

# USPS Tracking®

FAQs > (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)

Remove X (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)

Tracking Number:

## 70212720000253707360

Copy (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#) Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:09 pm on June 2, 2023 in HOOPER, UT 84315.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus® (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)**

### Delivered

**Delivered, Left with Individual**

HOOPER, UT 84315
June 2, 2023, 1:09 pm

**Departed USPS Regional Origin Facility**

SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER
June 1, 2023, 6:22 pm

**Arrived at USPS Regional Origin Facility**

SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER
May 31, 2023, 8:36 pm

**Departed Post Office**

HILL AFB, UT 84056
May 31, 2023, 3:35 pm

**USPS in possession of item**

HILL AFB, UT 84056
May 31, 2023, 3:19 pm

**USPS in possession of item**

HILL AFB, UT 84056
May 31, 2023, 2:31 pm

**Hide Tracking History (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)**

Feedback

---

**Text & Email Updates (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)**

USA00344

**USPS Tracking Plus® (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)**

**Product Information (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)**

**See Less (https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs (https://tools.usps.com/go/TrackConfirmAction?**

**tRef=fullpage&tLc=2&text28777=&tLabels=70212720000253707360%2C&tABt=false#)**

USA00345

**EMPLOYEE'S NAME:** TJ ZUECH **Org:** AFNWC/NMSR

The following Penalty Selection Factors were reviewed and carefully considered and the principles applied in determining the appropriateness of the penalty selected in this case. (IAW AFI 36-704, Para 32.2)

1. The nature and seriousness of the offense, and its relation to the employee's duties, position, and responsibilities, including whether the offense was intentional or technical, or inadvertent, or was committed maliciously, or for gain, or was frequently repeated.

2. The employee's job level and type of employment, including supervisory or fiduciary role, contacts with the public and prominence of the position.

3. The employee's past disciplinary record.

4. The employee's past work record, including length of service, performance on the job, ability to get along with fellow workers, and dependability.

5. The effect of the offense upon the employee's ability to perform at a satisfactory level and its effect upon supervisor's confidence in the employee's ability to perform assigned duties.

6. The consistency of the penalty with the guide to disciplinary actions (attch 3).

7. The consistency of the penalty with those imposed upon other employees for the same or similar offenses in like or similar circumstances.

8. The notoriety of the offense or its impact upon the reputation of the Air Force (i.e., was it in the newspaper?)

9. The clarity with which the employee was on notice of any rules that were violated in committing the offense, or had been warned about the conduct in question.

10. The potential for the employee's rehabilitation.

11. The mitigating circumstances surrounding the offense, such as unusual job tensions, personality problems, mental impairment, harassment, or bad faith, malice, or provocation on the part of others involved.

12. The adequacy and effectiveness of alternative sanctions to deter such conduct in the future by the employee or others.

Please let your servicing Employee Relations Specialist (ERS) know if there is any information that is relevant to your decision (e.g., poor work performance, other related misconduct, information contradicting the employee's reply, etc.) that is not already contained within the evidence packet provided by the ERS or within the employee's reply (if provided). Contact your ERS regarding any questions about this matter.

Responsible judgment has been exercised in taking this disciplinary action. The action based on the conclusion that there is sufficient evidence, or cause, to support the action and that the action is warranted and reasonable in terms of the circumstances which prompted it. After considering the factors above, I find that the penalty selected is appropriate for the offense(s) and should contribute to the solution of the problem and the efficiency of the service.

[signature]

AIMEE R. TARBET

Management Official