IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TJ ZUECH,<br><br>Plaintiff,<br><br>v.<br><br>TROY E. MEINK, Secretary, Department of the Air Force,<br><br>Defendant. | **ORDER DISMISSING PLAINTIFF'S MSPB CLAIM PURSUANT TO RULE 41(a)(2)**<br><br>Case No. 1:24-cv-00038-AMA-DAO<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg |

On July 30, 2026, the Court issued an Order to Show Cause ordering Plaintiff TJ Zuech to show cause why his claim for judicial review of the Merit Systems Protection Board Administrative Law Judge's Decision ("MSPB claim") should not be dismissed for failure to prosecute on account of Mr. Zuech's failure to comply with the Court's scheduling orders.[1] On August 13, 2026, Mr. Zuech filed his Response to Order to Show Cause/Request for Dismissal Without Prejudice wherein Mr. Zuech asks the Court to dismiss the MSPB claim without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).[2] Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Therefore, based on Mr. Zuech's request,

IT IS HEREBY ORDERED that Mr. Zuech's MSPB claim is DISMISSED WITHOUT

[1] ECF No. 55.
[2] ECF No. 56.

PREJUDICE.

SO ORDERED this 14th day of August, 2026.

ANN MARIE MCIFF ALLEN
United States District Court Judge