# United States District Court

District of Utah, Central Division

TJ ZUECH,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

TROY E. MEINK,

Case Number: 1:24-CV-38-AMA-DAO

Defendant.

IT IS ORDERED AND ADJUDGED

that summary judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's Disability Discrimination claims. Plaintiff's MSPB claim is dismissed without prejudice.

Dated: August 14, 2026.

By the Court:

Ann Marie McIff Allen
United States District Judge